EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05-00366 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 841(a)(1)] |
| JAMES LESLIE CORN, JR., | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that:

On or about August 25, 2005, in the in the District of Hawaii, the defendant, JAMES LESLIE CORN, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, that is, approximately

two pounds of methamphetamine, its salts, isomers and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

DATE: _____SEP - 8 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. James Leslie Corn, Jr.
Cr. No. _____
INDICTMENT