EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2005

at 2 o'clock and 20 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00366 HG |
| Plaintiff, | ) SUPERSEDING INDICTMENT |
| vs. | ) [21 U.S.C. § 841(a)(1) and<br>) 18 U.S.C. § 922(g)(3)] |
| JAMES LESLIE CORN, JR., | ) |
| Defendant. | ) |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges that:

On or about August 25, 2005, in the in the District of Hawaii, the defendant, JAMES LESLIE CORN, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, that is, approximately

two pounds of methamphetamine, its salts, isomers and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### Count 2

The Grand Jury further charges that:

On or about February 18, 2005, in the District of Hawaii, defendant JAMES LESLIE CORN, JR., being an unlawful user of and addicted to a controlled substance, to wit, cocaine, did knowingly possess in and affecting commerce a firearm, that is, a Smith and Wesson, .38 caliber pistol, serial number K84739.

All in violation of 18 United States Code, Section 922(g)(3).

### Count 3

The Grand Jury further charges that:

On or about August 25, 2005, in the District of Hawaii, defendant JAMES LESLIE CORN, JR., being an unlawful user of and addicted to a controlled substance, to wit, cocaine, did knowingly possess in and affecting commerce a firearm, that is, a Savage, .32 caliber pistol, serial number 105917.

//
//
//
//

All in violation of 18 United States Code, Section 922(g)(3).

DATE: _____OCT 2 0 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. James Leslie Corn, Jr.
Cr. No. 05-00366 HG
SUPERSEDING INDICTMENT

3