EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00366 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' MOTION TO |
| vs. | ) | CONTINUE TRIAL |
| | ) | |
| JAMES LESLIE CORN, JR., | ) | |
| | ) | |
| | ) | Date:  February 22, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Helen Gillmor |

UNITED STATES' MOTION TO CONTINUE TRIAL

On November 22, 2005, defendant Corn's motion to continue the December 13th trial date was granted.  The court set a trial date of February 22, 2006.  The United States has learned that one of its witnesses' Task Force Officer Honolulu Police Detective Joyce Alapa has non-refundable tickets for travel outside the United States during the period February 13 through March 1, 2006.  Detective Alapa interviewed the defendant and took a written statement from the defendant.  The United States

was unaware of the Detective Alapa planned absence from Hawaii at the time of the hearing on defendant's motion to continue trial.

The United States respectfully moves under Title 18 United States Code, Section 3161(h)(3)(A) and (8)(A) and (B) to continue the trial due to the unavailability of an essential government witness to a time acceptable to the Court and the defendant. The United States further asks the Court to exclude the time from the computation of the Speedy Trial Act.

DATED: January 19, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
    THOMAS MUEHLECK
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

Served Electronically through CM/ECF:

Ms. Pamela Byrne    Pamela_Byrne@fd.org  January 19, 2006

        Attorney for Defendant
        James Leslie Corn, Jr.

DATED: January 19, 2006, at Honolulu, Hawaii.

                /s/ Rowena N. Kang