PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        fpdhi@hotmail.com

Attorney for Defendant
JAMES LESLIE CORN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Cr. No. 05-00366 HG |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER TO |
| ) | MODIFY BAIL CONDITIONS TO |
| vs.   ) | PERMIT ALTERNATE |
| ) | TREATMENT PROGRAM |
| JAMES LESLIE CORN, JR.,   ) | |
| ) | |
| Defendant.   ) | |
| _____   ) | |

**STIPULATION AND ORDER TO MODIFY BAIL CONDITIONS
TO PERMIT ALTERNATE RESIDENTIAL TREATMENT PROGRAM**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the bail conditions as stated on November 10, 2005, be

modified to permit the defendant to enter the Hina Mauka residential program,

or Po'ailani Dual Diagnosis Treatment Center, which ever program can admit him soonest. All other conditions of bail shall remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, January 24, 2006.

/s/Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.

/s/Thomas C. Muehleck  26Jan06
THOMAS C. MUEHLECK
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/Anthony Barry
ANTHONY BARRY
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, January 26, 2006.

Leslie E. Kobayashi
United States Magistrate Judge

UNITED STATES v. James Leslie Corn, Jr.
Cr. No. 05-00366 HG
STIPULATION AND ORDER TO MODIFY BAIL CONDITIONS TO
PERMIT ALTERNATE RESIDENTIAL TREATMENT PROGRAM