# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00366HG

CASE NAME:          USA vs. JAMES LESLIE CORN, JR.

ATTYS FOR PLA:      Thomas Muehleck

ATTYS FOR DEFT:     Pamela J. Byrne

INTERPRETER:

|          |                      |           |                   |
|----------|----------------------|-----------|-------------------|
| JUDGE:   | Leslie E. Kobayashi  | REPORTER: | FTR-Courtroom 7   |
| DATE:    | 1/27/2006            | TIME:     | 11:24-11:28       |

COURT ACTION:  EP: United States' Motion to Continue Trial; Final Pretrial Conference - Defendant present in custody.

No opposition by Defendant.  Motion Granted and terminated. New trial date and deadlines given.

Jury Selection/Trial is continued to 9:00 4/25/06, HG.
Final Pretrial Conference is continued to 10:00 4/3/06, LEK.
Defendant's Motions due 3/14/06.
Government's Response due 3/28/06.

Time excluded from 2/22/06 thru 4/25/06 from the requirements of the Speedy Trial Act. Govt to prepare Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager