EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         vs.<br><br>JAMES LESLIE CORN, JR.<br><br>              Defendant. | ) CR. NO. 05-00366 HG<br>)<br>)<br>) ORDER CONTINUING TRIAL DATE<br>) AND EXCLUDING TIME UNDER THE<br>) SPEEDY TRIAL ACT<br>)<br>) Old Date: February 22, 2006<br>) New Date: April 25, 2006<br>) Judge: Hon. Helen Gillmor |

ORDER CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On January 19, 2006, the United States filed a motion
to continue the February 22, 2006 trial date because of the
unavailability of an essential government witness.  On January
27, 2006 the defendant and counsel appeared before this Court and
said they had no objection to the United States' motion.

The Court grants the government's request and sets the
new trial date of April 25, 2006.

For the reasons stated above and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the Court finds that granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.  The Court further finds that failure to grant a continuance would deny the United States the appearance of an essential witness.  Therefore, the time from the present trial date of February 22, 2006 until the new trial date of April 25, 2006 is excluded for purposes of the Speedy Trial Act.  The final pretrial conference will be held on April 3, 2006 at 10:00 a.m., before United States Magistrate Judge Leslie E. Kobayashi.  Defense has until March 14, 2006 to file pretrial motions and the government has until March 28, 2006 to file their responses.

IT IS APPROVED AND SO ORDERED:

DATED: February 13, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge


United States v. James Leslie Corn, Jr.
Cr. No. 05-00366 HG

Order Continuing Trial Date and Excluding
Time Under the Speedy Trial Act

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

Served Hand Deliver:

Ms. Pamela J. Byrne                                February 10, 2006
Assistant Federal Public Defender
300 Ala Moana Blvd., Room 7-104
Honolulu, HI 96850


                                        /s/ Rowena N. Kanq