# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 24, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR. 05-00366HG

CASE NAME:   U.S.A. vs. JAMES LESLIE CORN

JUDGE:   Helen Gillmor          REPORTER:

DATE:    February 24, 2006      TIME:

COURT ACTION:      **MINUTE ORDER**

New trial and related dates are set.  Mr. Muehleck shall prepare the stipulation for continuance of trial and include the following dates:

    JURY SELECTION/TRIAL:    AUGUST 1, 2006 @ 9:00 A.M.
    FPC - JUDGE GILLMOR:     JULY 21, 2006 @ 8:30 A.M.
    FPC - M.J. KOBAHASHI:    JULY 3, 2006 @ 10:00 A.M.
    MOTIONS DEADLINE:        JUNE 20, 2006
    RESPONSE DEADLINE:       JULY 5, 2006