EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00366 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION CONTINUING TRIAL |
| vs. | ) | DATE AND EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT; ORDER |
| | ) | |
| JAMES LESLIE CORN, JR. | ) | |
| | ) | Old Date: April 25, 2006 |
| | ) | New Date: August 1, 2006 |
| Defendant. | ) | Judge: Hon. Helen Gillmor |
| _____ | ) | |

STIPULATION CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the trial of this matter be continued from April 25, 2006 to August 1, 2006 before Chief United States Judge Helen Gillmor.  The basis for the requested continuance is to

ensure adequate time for both the defendant and government to prepare.

The Final Pretrial Conference is rescheduled to July 3, 2006, at 10:00 a.m., before United States Magistrate Judge Leslie E. Kobayashi. Defendant's motions are now due June 20, 2006 and the date for the government's response is July 5, 2006. A final pretrial conference before Chief United States District Judge Helen Gillmor is rescheduled to July 21, 2006 at 8:30 a.m.

IT IS FURTHER STIPULATED that the time from April 25, 2006 until the new trial date of August 1, 2006 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial and that failure to continue the trial would deny the defendant and the government the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

The parties agree and ask the Court to find that the case should be continued for the foregoing reasons and that the

//
//
//
//
//

Court's approval be construed as a finding of excludable time for the reasons stated.

DATED: March 17, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
　　THOMAS MUEHLECK
　　Assistant U.S. Attorney


　　/s/ Pamela Byrne
　　PAMELA BYRNE
　　Attorney for defendant
　　　James Leslie Corn, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00366 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| JAMES LESLIE CORN, JR. | ) | |
| | ) | Old Date:  April 25, 2006 |
| | ) | New Date:  August 1, 2006 |
| Defendant. | ) | Judge:  Hon. Helen Gillmor |
| _____ | ) | |

ORDER

For the reasons stated above, and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the Court finds that granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.  The Court further finds that failure to grant a continuance would deny counsel for defendant James Leslie Corn, Jr. and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Therefore, the time from the present trial date of April 25, 2006 until the new trial date of August 1, 2006 is excluded for purposes of the Speedy Trial Act.  The final pretrial conference will be held on July 3, 2006, at 10:00 a.m., before United States Magistrate Judge Leslie E. Kobayashi.  Defense has until June 20, 2006 to file motions and the government has until July 5, 2006 to file a response.

A final pretrial conference will be held before Chief United States District Judge Helen Gillmor on July 21, 2006 at 8:30 a.m.

IT IS SO APPROVED AND ORDERED:

DATED:  March 29, 2006, Honolulu, Hawaii.



_____
Helen Gillmor
Chief United States District Judge

United States v. James Leslie Corn, Jr.
Cr. No. 05-00366 HG

Stipulation Continuing Trial Date and Excluding
Time Under The Speedy Trial Act; Order