ORIGINAL

STATE OF HAWAII
OFFICE OF THE PUBLIC DEFENDER
JOHN M. TONAKI          3915
PUBLIC DEFENDER
BY:    EARL EDWARD AQUINO     7258-0
       DEPUTY PUBLIC DEFENDER
1130 N. NIMITZ HIGHWAY, SUITE A-254
HONOLULU, HAWAI'I 96817
TELEPHONE: (808) 586-2216
FACSIMILE: (808) 586-2222

ATTORNEYS FOR THE DEFENDANT

**LODGED**

APR 2 1 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at _2_ o'clock and _54_ min. _P_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES L. CORN, JR,<br><br>Defendant. | CR NO.: 05-00366 HG<br><br>APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBIT "A" AND "B"; AND ORDER |

APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE
STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Defendant JAMES L.CORN, JR., by and through State of Hawaii, Deputy Public Defender EARL

EDWARD AQUINO, hereby moves this Honorable Court for an Order authorizing the temporary transfer

of the physical custody of JAMES L. CORN, JR. from the United States Marshal Service, District of

Hawaii, to the State of Hawaii Officials on May 1, 2006 for *State of Hawaii v. James L. Corn, Jr.* CR No.

05-1-1190.

Defendant JAMES L. CORN, JR. is now detained in the custody of the United States Marshal

Service, District of Hawaii.

Defendant JAMES L. CORN, JR. has a Motion for Supervise Release and/or Bail Reduction before

the Honorable STEVEN S. ALM, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently

scheduled for May 1, 2006 at 8:30 a.m..

Defendant JAMES L. CORN, JR., by and through counsel, has received approval for temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. *See*, Exhibit "A."

This Application requests that the Court grant a temporary transfer of the physical custody of JAMES L. CORN, JR. from the United States Marshal Service, District of Hawaii, to the State of Hawaii Officials, based on Defendant's Writ of Habeas Corpus ad Prosequendum filed on March 21, 2006 in the Circuit Court of the First Circuit, State of Hawaii. *See*, Exhibit "B."

Upon conclusion of the hearing on May 1, 2006, Defendant JAMES L. CORN, JR. will be returned to the United States Marshal Service, District of Hawaii.

DATED: Honolulu, Hawai`i, April 6, 2006.

                    STATE OF HAWAII
                    OFFICE OF THE PUBLIC DEFENDER
                    JOHN M. TONAKI
                    PUBLIC DEFENDER

                    BY: _____
                        EARL EDWARD AQUINO
                        DEPUTY PUBLIC DEFENDER
                        ATTORNEYS FOR THE DEFENDANT

2

ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii

Regarding Writ of Habeas Corpus ad Prosquendum and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii temporarily

transfer the physical custody of Defendant JAMES L. CORN, JR., to State of Hawaii Officials on May 1,

2006 for *State of Hawaii v. James L. Corn, Jr.* CR No. 05-1-1190.  Upon conclusion of the hearing, State of

Hawaii officials are to return the said Defendant back to the United States Marshal Service, District of

Hawaii.

DATED: Honolulu, Hawaii, _____.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. JAMES L. CORN, JR.
CR NO.: 05-00366 HG
Application and Order Regarding Temporary
Transfer of Custody to the State of Hawaii
Regarding Writ of Habeas Corpus
ad Prosequendum