

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*　　　　　(808) 541-2850
*300 Ala Moana Blvd., Room 6-100*　FAX (808) 541-2958
*Honolulu, Hawaii 96850*

April 4, 2006

Mr. E. Edward Aquino
Deputy Public Defender
Honolulu, HI 96817

  RE: United States v. Leslie Corn, Jr.
      Cr. No. 05-00366 HG

Dear Mr. Aquino:

  I have no objection to the State taking custody of Mr. Corn for his May 1, 2006 hearing.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii

                    By  *T. Muehleck*
                    THOMAS MUEHLECK
                    Assistant U.S. Attorney

TM:rnk

EXHIBIT "A"