OFFICE OF THE PUBLIC DEFENDER
JOHN M. TONAKI                          3915
PUBLIC DEFENDER
BY:     EARL EDWARD AQUINO     7258-0
        DEPUTY PUBLIC DEFENDER
1130 N. NIMITZ HIGHWAY, SUITE A-254
HONOLULU, HAWAI'I 96817
TELEPHONE: (808) 586-2216
FACSIMILE: (808) 586-2222

ATTORNEYS FOR THE DEFENDANT

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| IN THE MATER OF THE APPLICATION OF JAMES L. CORN, JR., FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE JAMES L. CORN, JR.,<br><br>Defendant. | S.P. NO. **06-1-0113**<br>(CR NO. 05-1-1190)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE STEVEN S. ALM, JUDGE OF THE ABOVE ENTITLED COURT:

COMES NOW, Defendant JAMES L. CORN, JR., by and through his counsel, EARL EDWARD AQUINO, Deputy Public Defender, and respectfully alleges as follows:

1.   That JAMES L. CORN, JR. has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal Number 05-1-1190;

2.   That a hearing on Defendant's Motion for Supervised Release and/or Bail Reduction is scheduled for May 1, 2006 at 8:30 a.m. before the Honorable STEVEN S. ALM;

3.   That said JAMES L. CORN, JR. is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHALL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii; and,


EXHIBIT "B"

4.  In order to procure the JAMES L. CORN, JR.'s presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued pursuant to Chapter 660 of the Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his deputy, to make available to the State of Hawaii Officials on May 1, 2006, the body of JAMES L. CORN, JR., and

STATE OF HAWAII OFFICIALS, upon taking custody of Defendant to:

1.  Bring said JAMES L. CORN, JR. before the Honorable STEVEN S. ALM, Judge of the Circuit Court of the First Circuit on May 1, 2006 at 8:30 a.m., for a hearing on Defendant's Motion for Supervised Release and/or Bail Reduction in Criminal Number 05-1-1190; and at any time or times deemed necessary in the further proceedings of Criminal Number 05-1-1190 and thereafter; and

2.  Return said JAMES L. CORN, JR., to the custody of the UNITED STATES MARSHAL, District of Hawaii, the same day, at which time this writ shall be deemed sufficient compliance with this writ.

DATED: Honolulu, Hawai`i, March 20, 2006.

OFFICE OF THE PUBLIC DEFENDER
JOHN M. TONAKI
PUBLIC DEFENDER

BY: _____
EARL EDWARD AQUINO
DEPUTY PUBLIC DEFENDER
ATTORNEYS FOR THE DEFENDANT

## ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing application.

DATED: Honolulu, Hawai`i, _____.

                                                            Steven S. Alm
                                        _____
                                        THE HONORABLE STEVEN S. ALM
                                        JUDGE OF THE ABOVE-ENTITLED COURT

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: UNITED STATES MARSHAL, District of Hawaii, or His Deputy; and STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of JAMES L. CORN, JR., who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on May 1, 2006 for prosecution; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. Bring said JAMES L. CORN, JR., before the Honorable STEVEN S. ALM, Judge of the Circuit Court of the First Circuit, on May 1, 2006 at 8:30 a.m., for hearing on Defendant's Motion for Supervised Release and/or Bail Reduction in Criminal Number 05-1-1190; and at any time or times deemed necessary in the further proceedings of Circuit Court Criminal Number 05-1-1190; and thereafter

2. Return said JAMES L. CORN, Jr., to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day, at which time this writ shall be deemed sufficient compliance with this writ.

WITNESS the Honorable STEVEN S. ALM, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this _____ day of __MAR 2 1 2006__, 2006.

_____
L. LEE
Clerk, Circuit Court, First Circuit
State of Hawaii

_____
Steven S. Alm
Judge of the Circuit Court of the First Circuit
First Circuit, State of Hawaii

4

OFFICE OF THE PUBLIC DEFENDER
JOHN M. TONAKI    3915
PUBLIC DEFENDER
BY: EARL EDWARD AQUINO 7258-0
  DEPUTY PUBLIC DEFENDER
1130 N. NIMITZ HIGHWAY, SUITE A-254
HONOLULU, HAWAI'I 96817
TELEPHONE: (808) 586-2216
FACSIMILE: (808) 586-2222

ATTORNEYS FOR THE DEFENDANT

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| IN THE MATER OF THE APPLICATION OF JAMES L. CORN, JR., FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE JAMES L. CORN, JR., Defendant. | S.P. NO. _____ (CR NO. 05-1-1190) RETURN OF SERVICE ON WRIT |
|---|---|

### RETURN OF SERVICE ON WRIT

I HEREBY CERTIFY and return that on _____ at _____ a.m./p.m., I served UNITED STATES MARSHAL, District of Hawaii, or his/her representative _____, by delivering to the above-named person a conformed copy of the Application of Writ of Habeas Corpus ad Prosequendum, Order Directing Issuance of Writ of Habeas Corpus ad Prosequendum, and Writ of Habeas Corpus ad Prosequendum

DATED: Honolulu, Hawaii, _____.

                _____
                Investigator, Office of the Public Defender

5