PS8 HIPS-SUP-L-PETITN-01 (12.05)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. JAMES LESLIE CORN, JR.         CRIMINAL NO. 05-00366HG

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant JAMES LESLIE CORN, JR., who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since May 16, 2006. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

   Pursuant to 18 U.S.C. §3145(a) that the Court review a release order.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth for a Bail Review Hearing.

ORDER OF COURT

I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this 22nd day of June, 2006 and ordered filed and made a part of the records in the above case.

Executed on: June 22, 2006

_____
BARRY M. KURREN
U.S. Magistrate Judge

_____
ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii