# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00366HG |
| CASE NAME: | USA v. James Leslie Corn, Jr. |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 06/29/2006 | TIME: | 10:25 - 10:33 |

COURT ACTION:  EP: Bail Review Hearing - deft present on bail.

The following bail condition was added:

(7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.  **The defendant is permitted to have contact with Leilani Bolos, but is not to discuss this case.**

All other conditions to remain.

Submitted by Richlyn Young, Courtroom Manager