# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00366HG |
| CASE NAME: | USA vs. JAMES LESLIE CORN |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| | Matthew C. Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/06/2006 | TIME: | 11:01-11:16 |

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendant not present, presence waived.

Jury Trial before Judge Helen Gillmor on August 1, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States:   3   day(s)

Defendant:   2   day(s)

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: Corn

1. <u>Fed. R. Evid. 404(b)</u> : July **10**, 2006
2. a. Motions in Limine filed and served by : July 12, 2006.  Govt: 1 to 2, Defendant: 1 to 5.
   b. Memoranda in opposition to motions in limine filed and served by: July 17, 2006.
3. <u>Brady and Giglio Material</u> by: July 12, 2006
4. a. Jury Instructions exchanged by July 12, 2006.
   d. Filings required by 4(b) & (c) by: July 19, 2006.
5. Witness Lists per stipulation by July 25, 2006.
6. <u>Exhibits</u>
   a. Parties will exchange exhibits.

      b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by July 19, 2006.
8. <u>Voir Dire Questions</u>: In writing by July 19, 2006.
9. <u>Trial Briefs</u>: by July 19, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: A copy of the CR Final Pretrial Order sent to all parties.
12. <u>Pretrial Conference</u> before HG at 8:30am on July **19**, 2006.

Submitted by: Warren N. Nakamura, Courtroom Manager

CR NO/ 05-00366HG;
USA vs. JAMES LESLIE CORN;
Final Pretrial Conference Minutes
07/06/2006