PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JAMES LESLIE CORN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Cr. No. 05-00366HG |
| ) | |
| Plaintiff,    ) | MOTION IN LIMINE TO |
| ) | EXCLUDE FROM TESTIMONY |
| vs.    ) | ALLEGED PRIOR BAD ACTS AND |
| ) | TO REDACT "BAD ACT" |
| JAMES LESLIE CORN, JR.,    ) | REFERENCES FROM VIDEO AND |
| ) | AUDIO RECORDINGS; |
| Defendant.    ) | MEMORANDUM OF LAW; |
| ) | DECLARATION OF COUNSEL; |
| ) | CERTIFICATE OF SERVICE |

**MOTION IN LIMINE TO EXCLUDE FROM
TESTIMONY ALLEGED PRIOR BAD ACTS AND TO REDACT
"BAD ACT" REFERENCES FROM VIDEO AND AUDIO RECORDINGS**

COMES NOW the defendant, James Leslie Corn, Jr., through

counsel, Pamela J. Byrne, Assistant Federal Defender, and moves this Honorable

Court to exclude from testimony, including tape recordings, all references to any arrests, confrontations, or other "bad acts" under Federal Rule of Evidence 404(b). He also moves to reserve the right to make additional motions to exclude "bad acts" evidence during the trial. This motion is premised upon the records and files in the instant case, the attached memorandum of law, and such additional argument and authorities as may arise during hearing on the merits.

DATED: Honolulu, Hawaii, July 10, 2006.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.

# CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on July 10, 2006:

Served Electronically through CM/ECF:

THOMAS J. BRADY
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Christina Fuller
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.