PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JAMES LESLIE CORN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00366 HG |
| | ) | |
| Plaintiff, | ) | MOTION TO SEVER EACH |
| | ) | COUNT OF THE INDICTMENT |
| vs. | ) | FOR TRIAL; MEMORANDUM OF |
| | ) | LAW; DECLARATION OF |
| JAMES LESLIE CORN, JR., | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |
| | ) | |

**MOTION TO SEVER EACH COUNT OF THE INDICTMENT FOR TRIAL**

COMES NOW the defendant, James Leslie Corn, Jr., through counsel, Pamela J. Byrne, Assistant Federal Defender, and moves this Honorable Court to sever each count of the indictment for trial.  This motion is premised

upon the records and files in the instant case, the attached memorandum of law, and such additional argument and authorities as may arise during hearing on the merits.

DATED: Honolulu, Hawaii, July 11, 2006.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.

# CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on July 11, 2006:

Served Electronically through CM/ECF:

THOMAS J. BRADY
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Christina Fuller
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.