IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00366 HG |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| JAMES LESLIE CORN, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF COUNSEL

I, PAMELA J. BYRNE, hereby declare as follows:

1. I am counsel for defendant, James Leslie Corn, Jr., having been appointed pursuant to the Criminal Justice Act.

2. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, July 11, 2006.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.