PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE     # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JAMES LESLIE CORN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES LESLIE CORN, JR.,<br><br>        Defendant. | ) Cr. No. 05-00366 HG<br>)<br>) MOTION IN LIMINE TO ALLOW<br>) LIMITED ATTORNEY VOIR DIRE<br>) AND TO CONDUCT PRIVATE<br>) VOIR DIRE CONCERNING<br>) PRETRIAL PUBLICITY AND<br>) OTHER SENSITIVE ISSUES;<br>) MEMORANDUM OF LAW;<br>) DECLARATION OF COUNSEL;<br>) CERTIFICATE OF SERVICE |

**MOTION IN LIMINE TO ALLOW LIMITED ATTORNEY
VOIR DIRE AND TO CONDUCT PRIVATE VOIR DIRE CONCERNING
<u>PRETRIAL PUBLICITY AND OTHER SENSITIVE ISSUES</u>**

COMES NOW the defendant, James Leslie Corn, Jr., through

counsel, Pamela J. Byrne, Assistant Federal Defender, and moves this Honorable

Court to permit limited voir dire by both the government and the defense counsel. In addition, Corn moves to conduct private voir dire concerning pretrial publicity and other potentially sensitive issues.

This motion is based upon Federal Rule of Criminal Procedure 24(a), and the Sixth and Fifth Amendments to the United States Constitution. The grounds for this motion are that Corn is entitled to a fair and impartial jury, and extensive pretrial publicity has diminished his ability to select such a jury, and further that limited individual voir dire conducted by his counsel, and conducted away from the entire venire, will enhance the likelihood of obtaining an unbiased jury.

DATED: Honolulu, Hawaii, July 12, 2006.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
JAMES LESLIE CORN, JR.

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on July 12, 2006:

Served Electronically through CM/ECF:

THOMAS J. BRADY
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Christina Fuller
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
JAMS LESLIE CORN, JR.