EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY  #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     vs.                    )<br>                            )<br> JAMES LESLIE CORN, JR.,     )<br>                            )<br>          Defendant.        )<br>                            )<br>                            )<br>_____) | CR. NO. 05-00366 HG<br><br>GOVERNMENT'S MEMORANDUM<br>OPPOSING DEFENDANT'S MOTION<br>IN LIMINE TO ALLOW LIMITED<br>VOIR DIRE AND TO CONDUCT<br>PRIVATE VOIR DIRE CONCERNING<br>PRETRIAL PUBLICITY AND OTHER<br>SENSITIVE ISSUES; CERTIFICATE<br>OF SERVICE<br><br>TRIAL: August 1, 2006 |

GOVERNMENT'S MEMORANDUM OPPOSING DEFENDANT'S
MOTION IN LIMINE TO ALLOW LIMITED VOIR DIRE
AND TO CONDUCT PRIVATE VOIR DIRE CONCERNING
<u>PRETRIAL PUBLICITY AND OTHER SENSITIVE ISSUES</u>

Defendant JAMES LESLIE CORN, JR. (hereinafter "Defendant" or "CORN"), through his attorney, has moved in limine to allow limited attorney voir dire and to conduct private voir dire concerning pretrial publicity and other sensitive issues.

The Government submits that CORN has failed to proffer any new evidence or law that this Court has not already consider on the issue of pretrial publicity.  The Government respectfully requests that this Court follow its previous practice of allowing for the submission of appropriate voir dire questions by the parties and if there appears to be a concern, allow for further private voir dire consistent with this Court's voir dire practice.

CORN has offered no new material facts or law which suggests that this Court's voir dire procedures will not adequately address all pretrial publicity concerns.  In the past, this Court has had numerous high publicity cases with extensive pre-trial publicity and has typically addressed those concerns by allowing the parties to submit proposed written voir dire questions for the Court's review.  If necessary, this Court conducts further private voir dire review at side bar outside the hearing of the prospective jury pool.

For the reasons articulated herein, we ask that the instant motion in limine be denied.

DATED: July 17, 2006, at Honolulu, Hawaii.

                              Respectfully submitted,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Thomas J. Brady
                                 THOMAS J. BRADY
                                 Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>

| | | |
|---|---|---|
| PAMELA J. BYRNE | pamela_byrne@fd.org | July 17, 2006 |
| MATTHEW C. WINTER | matthew_winter@fd.org | July 17, 2006 |

Attorneys for
Defendant JAMES LESLIE CORN, JR.

      DATED:  July 17, 2006, at Honolulu, Hawaii.

                                      <u>/s/ Shelli Ann H. Mizukami</u>