# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 18, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00366HG

CASE NAME:       UNITED STATES OF AMERICA v. JAMES LESLIE CORN, JR.

JUDGE:   Helen Gillmor            REPORTER:

DATE:    July 18, 2006            TIME:

COURT ACTION:            **MINUTE ORDER**

    The hearing on Defendant's MOTION in Limine to Exclude from Testimony Alleged Prior Bad Acts and to Redact "Bad Act" References from Video and Audio Recordings, Defendant's MOTION in Limine To Allow Limited Attorney Voir Dire and to Conduct Private Voir Dire Concerning Pretrial Publicity and Other Sensitive Issues, Defendant's MOTION to Sever Defendant Corn's Each Count of the Indictment for Trial and Final Pretrial Conference is continued from 8:30 a.m. to 11:00 a.m. on July 19, 2006.

    Hearing on Motion for Withdrawal of Not Guilty Plea and to Plead Anew is also set for the above date and time.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager