# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 19, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00366HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JAMES LESLIE CORN, JR. |
| ATTYS FOR PLA: | Thomas J. Brady<br>Joyce Alapa, HPD |
| ATTYS FOR DEFT: | Matthew C. Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Steve Platt |
| DATE: | July 19, 2006 | TIME: | 11:00 - 11:40 |

COURT ACTION:  FINAL PRETRIAL CONFERENCE -
   DEFENDANT JAMES LESLIE CORN, JR.'S MOTION IN
      LIMINE TO EXCLUDE FROM TESTIMONY ALLEGED
      PRIOR BAD ACTS AND TO REDACT "BAD ACT"
      REFERENCES FROM VIDEO AND AUDIO
      RECORDINGS -
   DEFENDANT'S MOTION IN LIMINE TO ALLOW LIMITED
      ATTORNEY VOIR DIRE AND TO CONDUCT PRIVATE
      VOIR DIRE CONCERNING PRETRIAL PUBLICITY AND
      OTHER SENSITIVE ISSUES -
   DEFENDANT'S MOTION TO SEVER DEFENDANT CORN'S
      EACH COUNT OF THE INDICTMENT FOR TRIAL -
   DEFENDANT'S MOTION FOR WITHDRAWAL OF NOT
      GUILTY PLEA AND TO PLEAD ANEW -

   The defendant is present on bond.
   The defendant's motions are withdrawn.
   The defendant was queried by the Court regarding representation of counsel.  The defendant indicated that he will proceed in this hearing with Mr. Winter.
   The defendant is sworn.  Questioned.  Advised of his constitutional rights.

Queried about the Sentencing Guidelines.

Counts 2 and 3 of the Superseding Indictment was publicly read by the Court.

Advised of the maximum penalties provided by law.

Mr. Brady summarized the essential terms of the Memorandum of the Plea Agreement.

MEMORANDUM OF PLEA AGREEMENT filed.

Mr. Brady summarized the essential elements and the government's evidence against the defendant.

The defendant, being an unlawful user of cocaine, admitted to sale of a firearm to an undercover police officer as charged in Count 2, and while being an unlawful user of cocaine, possessed a firearm as charged in Count 3.

Guilty pleas entered to Counts 2 & 3 of the Superseding Indictment.

Referred for presentence investigation and report, and sentencing is set for October 26, 2006 @ 3:45 p.m.

The Final Pretrial Conference is moot.

The bond is continued.


Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager