EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00366 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| JAMES LESLIE CORN, JR. | ) | Date: October 26, 2006 |
| | ) | Time: 1:30 p.m. |
| | ) | Judge: Hon. Helen Gillmor |
| Defendant. | ) | |
| | ) | |
| | ) | |

GOVERNMENT'S SENTENCING STATEMENT

       Comes now the United States of America, by and through its attorney, Thomas J. Brady, Assistant U.S. Attorney, and hereby states that it has received and reviewed the document entitled, "Draft Presentence Report."

        The Government has no amendments or modifications to note thereto, and that it presently has no other factual information relevant to those areas addressed in said report.

        DATED: September 11, 2006, at Honolulu, Hawaii.

                              Respectfully submitted,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Thomas J. Brady
                                  THOMAS J. BRADY
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF:</u>

MATTHEW C. WINTER    Matthew_Winter@fd.org    September 11, 2006

    Attorney for Defendant JAMES LESLIE CORN, JR.

<u>Served by Hand-Delivery:</u>

    JOHN DAVIS                               September 12, 2006  
    U. S. PROBATION OFFICE  
    300 Ala Moana Boulevard, Room 2-215  
    Honolulu, HI  96850

      DATED: September 11, 2006, at Honolulu, Hawaii.

                                        <u>/s/ Shelli Ann H. Mizukami</u>