# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 17, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 05-00366HG

CASE NAME:   UNITED STATES OF AMERICA v. JAMES LESLIE CORN, JR.

JUDGE:   Helen Gillmor          REPORTER:

DATE:   October 17, 2006         TIME:

COURT ACTION:   **MINUTE ORDER**

The Sentencing to Counts 2 and 3 of the Superseding Indictment is continued from October 26, 2006 to November 8, 2006 at 10:30 a.m. before Chief Judge Helen Gillmor.

The hearing on Government's MOTION for Upward Departure from the Advisory Guideline Range Pursuant to 5K2.0, or, in the Alternative, an Upward Variance Based on Factors Set Forth in 18 U. S. C. 3553(a) is also scheduled for the date and time.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Thomas J. Brady, Esq.
      Pamela J. Byrne, Esq.
      USPO John David
      Deputy USM Eldowayne Kalima
      Judge Gillmor's chambers