# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 8, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00366HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JAMES LESLIE CORN, JR. |
| ATTYS FOR PLA: | Thomas J. Brady, AUSA<br>Joyce Alapa, Case Agent, DEA |
| ATTYS FOR DEFT: | Pamela J. Byrne, AFPD |
| U.S.P.O.: | John Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | November 8, 2006 | TIME: | 10:30 - 11:30<br>Motion     (10 min)<br>Sentencing (50 min) |

COURT ACTION:  SENTENCING TO COUNTS 2 AND 3 OF THE SUPERSEDING INDICTMENT -
GOVERNMENT'S MOTION FOR UPWARD DEPARTURE FROM THE ADVISORY GUIDELINE RANGE PURSUANT TO 5K2.0, OR, IN THE ALTERNATIVE, AN UPWARD VARIANCE BASED ON FACTORS SET FORTH IN 18 U.S.C. 3553(a) -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.
The Government's Motion for Upward Departure, etc., is DENIED.
Allocution by the defendant.

ADJUDGED:

    IMPRISONMENT of 28 months as to each Count, to run concurrently.

    SUPERVISED RELEASE of 3 years as to each Count, to run concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00.
Advised of rights to appeal the sentences, etc.

RECOMMENDATION: FCI Sheridan, OR.  That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program, alcohol treatment, and educational/vocational training programs.

MITTIMUS: That the defendant surrender for service of sentence to the FDC-Honolulu by 2:00 p.m. on November 15, 2006.

Government's Oral Motion to Dismiss Count 1 of the Superseding Indictment is GRANTED.

    Submitted by: Mary Rose Feria, Courtroom Manager