AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00366-001                                    Judgment - Page 3 of 7
DEFENDANT:        JAMES LESLIE CORN, JR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 28 MONTHS, as to each Count, to run concurrently.

[✔]    The court makes the following recommendations to the Bureau of Prisons:

       FCI Sheridan, OR. That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program, alcohol treatment and educational/vocational training programs.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence to the FDC-Honolulu:
       [✔] before 2:00 p.m. on 11/15/2006.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2006

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  11-28-06  to  FDC Honolulu

at  Honolulu, HI  , with a certified copy of this judgment.

                                                John T. Rathman
                                         WARDEN    ~~UNITED STATES MARSHAL~~

                                    By          W. Tsai
                                         LIE    ~~Deputy U.S. Marshal~~