# FEDERAL PUBLIC DEFENDER
### District of Hawaii

**Annette M. Metcalf**
**Paralegal Specialist**

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

December 12, 2006

Mr. George Bartels
United States District Court Clerks Office
300 Ala Moana Blvd. Room C304
Honolulu, Hawaii 96850

Re: **U.S. v. James L. Corn, Jr., Cr. No. 05-00366HG**
**Release of Mortgage**

Dear George:

Enclosed are two Release of Mortgage documents in the above referenced case. The defendant in this case has surrendered to serve his sentence. Please have the Clerk sign two originals, and return them to me.

If you have any questions, please call me at 541-2521. Thank you for your assistance.

Sincerely,

*Annette M. Metcalf*

ANNETTE M. METCALF
Paralegal Specialist, Federal Public Defender
District of Hawaii

Enclosures