**ORIGINAL**

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 31 2007

at 1 o'clock and 15 min P M
SUE BEITIA, CLERK

| United States District Court | District Hawaii |
|---|---|
| Name (under which you were convicted): James Leslie Corn Jr | Docket or Case No.: 1:05CR00366-001 |
| Place of Confinement: FDC Honolulu, Hawaii | Prisoner No.: 92459-022 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |

v. James Leslie Corn Jr.

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   District Court of Hawaii
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850
   (b) Criminal docket or case number (if you know): 1:05CR00366-001
2. (a) Date of the judgment of conviction (if you know): November 08, 2006

   (b) Date of sentencing: November 08, 2006
3. Length of sentence: 28 Months
4. Nature of crime (all counts): 18 U.S.C. 922 (g)(3)

5. (a) What was your plea? (Check one)
   (1) Not guilty ❑  (2) Guilty ☒  (3) Nolo contendere (no contest) ❑
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)  Jury ❑  Judge only ❑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____
      _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: _____
      _____
      _____
      _____
      _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
       (2) Docket or case number (if you know): _____
       (3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: _____
(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____
(2) Docket or case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:       Yes ☐   No ☒
(2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _Upward Departure from Sentencing Guidelines_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
At sentencing hearing District Court sentenced above the advisory Guideline of 10-16 months. In violation of petitioners 5th amendment US Constitution Due Process of law.

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❑   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: _Not properly advised by counsel_

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ❑   No ☒
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒
(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

GROUND TWO: District Courts discretion and reason for justify upward departure

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): At sentencing hearing District Court did not properly notify defendant as to reasons for the upward departure from the sentencing guidelines, and whether those reasons justify an upward departure to 28 months. In violation of petitioners 5th amendment US Constitution Due Process of Law.

_____
_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND THREE: _Ineffective Assistance of Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At sentencing hearing defense Counsel failed to argue the upward departure of 28 months, which was over and above the recommened sentencing guideline of 10-16 months. In violation of petitioners 6th amendmant US Constitution right to effective assistant of counsel.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

 Yes ❏ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

 Yes ❏ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

 Yes ❏ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

Page 14

Therefore, movant asks that the Court grant the following relief: **Correct sentence according to the sentencing guideline range of 10-16 months**

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on **October 29, 2007** (month, date, year).

Executed (signed) on **10/29/07** (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

## IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

* * * * *

James L. Corn Jr.
#95061-022
Federal Detention Center Honolulu
PMB 30018-2007
PO BOX 30080
Honolulu HI 96820

RECEIVED
CLERK US DISTRICT COURT
OCT 31 2007
District of Hawaii

United States District [Court]
300 Ala Moana Blvd.
Honolulu, Hawaii 96[...]
CLERK



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK