# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 07-00548 HG BMK<br>Criminal No. 05-00366 HG |
| CASE NAME: | James Leslie Corn, Jr. v. United States<br>United States v. James Leslie Corn, Jr. |
| ATTYS FOR PETITIONER: | Pro Se |
| ATTYS FOR RESPONDENT: | Thomas J. Brady, AUSA<br>Thomas Muehleck, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | November 6, 2007 | TIME: | |

## MINUTE ORDER

On October 31, 2007, Movant James Leslie Corn, Jr. filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. (Doc. 96).

Pursuant to LR 7.10, respondent United States has until on or before **November 30, 2007** to file a response addressing the matters asserted in the petition as grounds for relief.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:  James Leslie Corn, Jr.
    Thomas J. Brady, AUSA
    Thomas Muehleck, AUSA
    Chief Judge Gillmor's chambers