EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00548 HG/BMK |
| | ) | CR. No. 05-00366 HG |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | EXTENSION OF TIME TO FILE |
| | ) | RESPONSE TO DEFENDANT'S MOTION |
| JAMES LESLIE CORN, | ) | UNDER 28 U.S.C. 2255 TO VACATE |
| | ) | SET ASIDE, OR CORRECT SENTENCE |
| | ) | BY A PERSON IN FEDERAL CUSTODY |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION
UNDER 28 U.S.C. 2255 TO VACATE, SET ASIDE, OR
<u>CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY</u>

Plaintiff United States of America, through the attorney of record, hereby moves this Court for a 45-day extension of time to file its response to Defendant's motion under 28 U.S.C. 2255 to vacate, set aside, or correct sentence by a person in Federal custody.  This motion is made pursuant to

Rules 35 and 45 of the Federal Rules of Criminal Procedure and Local Rules 6.2 and 7.10.  In support of this motion, the Government states the following:

1. On November 6, 2006, the Government received this Court's Order issued the same day directing the Government to file it's response to the above-entitled matter by November 30, 2007.  At the time of the Court's order, the attorney for the Government was still in trial in the matter of <u>United States v. Robert Kaialau et al.</u>, Cr. No. 07-00108 DAE.  That trial concluded on November 8, 2007.

2. As part of the allegations of Defendant's motion includes "ineffective assistance of counsel" claims, the Government needs to order the sentencing transcripts as well as file a motion for an order waiving the attorney-client privilege in order to properly address the allegations of "ineffective assistance of counsel."

3. I have briefly spoken with prior defense counsel in this matter and suggested that they start to prepare a declaration in this matter.  However, without an order waiving the attorney-client privilege the attorneys will be reluctant to submit anything absent this Court's order finding a waiver of the attorney-client privilege.

//

//

//

//

//

//

For the foregoing reasons, Plaintiff-Appellee respectfully move this Court for a 45-day extension of time to file its response.

DATED: November 13, 2007, at Honolulu, Hawaii.

    Respectfully submitted,

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii


    By /s/ Thomas J. Brady
      THOMAS J. BRADY
      Assistant U. S. Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>

PAMELA J. BYRNE    pamela_byrne@fd.org    November 13, 2007

MATTHEW C. WINTER   matthew_winter@fd.org   November 13, 2007

Attorneys for
Defendant JAMES LESLIE CORN, JR.

DATED: November 13, 2007, at Honolulu, Hawaii.

/s/ Shelli Ann H. Mizukami