EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00548 HG/BMK |
| | ) | CR. NO. 05-00366-01 |
| Plaintiff, | ) | |
| | ) | MOTION FOR ORDER FINDING |
| | ) | WAIVER OF ATTORNEY-CLIENT |
| | ) | PRIVILEGE WITH RESPECT TO |
| vs. | ) | DEFENDANT'S INSTANT MOTION |
| | ) | UNDER 28 U.S.C. § 2255 TO |
| JAMES LESLIE CORN, JR., | ) | VACATE, SET ASIDE, OR CORRECT |
| | ) | SENTENCE; MEMORANDUM OF LAW; |
| Defendant. | ) | DECLARATION OF COUNSEL; |
| | ) | ORDER FINDING WAIVER OF |
| | ) | ATTORNEY-CLIENT PRIVILEGE |
| | ) | WITH RESPECT TO DEFENDANT'S |
| | ) | INSTANT MOTION; CERTIFICATE OF |
| | ) | SERVICE |
| _____ | ) | |

MOTION FOR ORDER FINDING WAIVER OF
ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO
DEFENDANT'S INSTANT MOTION UNDER 28 U.S.C. § 2255
<u>TO VACATE, SET ASIDE, OR CORRECT SENTENCE</u>

Plaintiff, the United States of America, by its undersigned counsel, hereby moves this Honorable Court to issue the appended proposed "Order Finding Waiver of Attorney-Client Privilege with Respect to Defendant's Instant Motion to Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence."

This motion is made pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and is based upon the appended Memorandum of Law and Declaration of Counsel, and the record and files of this action and the underlying criminal proceeding.

DATED: November 13, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


 /s/ Thomas J. Brady
By THOMAS J. BRADY
Assistant U.S. Attorney