IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00548 HG/BMK |
| | ) | CR. NO. 05-00366-01 |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| JAMES LESLIE CORN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

DECLARATION OF COUNSEL

THOMAS J. BRADY, upon penalty of perjury, declares and states as follows:

1. I am an Assistant U.S. Attorney in the District of Hawaii and counsel of record representing the United States in the above-entitled criminal case. I make this Declaration of my own personal knowledge.

2. On October 31, 2005, Defendant CORN filed his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence wherein he seeks to correct his sentencing according to the sentencing guideline range of 10-16 months. In support of his request, CORN has alleged ineffective assistance of defense counsel. Defendant's court appointed defense counsel was Assistant Federal Public Defenders Pamela J. Byrne and Matthew C. Winter. Defendant has lodged in his claim of ineffective assistance of counsel for allegedly failing to argue against and upward departure.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RELIEF.

DATED: Honolulu, Hawaii, November 13, 2007.

/s/ Thomas J. Brady
THOMAS J. BRADY