IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00548 HG/BMK |
| | ) | CR. NO. 05-00366-01 |
| | ) | |
| Plaintiff, | ) | ORDER FINDING WAIVER OF |
| | ) | ATTORNEY-CLIENT PRIVILEGE WITH |
| vs. | ) | RESPECT TO DEFENDANT'S INSTANT |
| | ) | MOTION UNDER 28 U.S.C. § 2255 |
| | ) | TO VACATE, SET ASIDE, OR |
| JAMES LESLIE CORN, JR., | ) | CORRECT SENTENCE |
| | ) | |
| Defendant. | ) | |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S INSTANT MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Above-named Defendant has filed on October 31, 2007, in the above-referenced case, his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Defendant's appointed defense counsel at the time of trial in the criminal case was Assistant Federal Public Defenders Pamela J. Byrne and Matthew C. Winter. Defendant has lodged in his motion a claim of "ineffective assistance of counsel" for allegedly failing to argue against an upward departure.

The United States has moved this Court to issue an Order which finds that as a matter of law, Defendant has waived attorney-client privilege.

Good cause appearing therefor, it is hereby ordered that the above-named Defendant has waived the attorney-client privilege with respect trial counsel Assistant Federal Public

Defenders Pamela J. Byrne and Matthew C. Winter concerning all matters associated with Defendant's allegations in his motion to vacate, set aside, or correct sentence.

        DATED: _____, 2007, at Honolulu, Hawaii.

                              _____
                              HELEN GILLMOR
                              United States Chief District Judge

United States v. James Leslie Corn, Jr.
Civ. No. 07-00548 HG/BMK
Cr. No. 05-00366 HG
Order Finding Waiver of Attorney-Client Privilege with Respect to Defendant's Instant Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence