## CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF

PAMELA J. BYRNE     pamela_byrne@fd.org     November 13, 2007

MATTHEW C. WINTER   matthew_winter@fd.org   November 13, 2007

Attorneys for
Defendant JAMES LESLIE CORN, JR.

       DATED: November 13, 2007, at Honolulu, Hawaii.


                    /s/ Shelli Ann H. Mizukami