# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 07-00548 HG BMK |
| | Criminal No. 05-00366 HG |
| CASE NAME: | James Leslie Corn, Jr. v. United States |
| | United States v. James Leslie Corn, Jr. |
| ATTYS FOR PETITIONER: | Pro Se |
| ATTYS FOR RESPONDENT: | Thomas J. Brady, Thomas Muehleck |

---

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | November 16, 2007 | TIME: | |

---

## MINUTE ORDER

On November 13, 2007, the Government filed Government's Motion for Extension of Time to File Response to Defendant's Motion Under 28 U.S.C. 2255 To Vacate Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 98).

The Motion is Granted.

Respondent United States has until on or before **January 15, 2008** to file a response addressing the matters asserted in the petition as grounds for relief.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc:    Above counsel and pro se parties
       Chief Judge Gillmor's Chambers