IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00366 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | MATTHEW C. WINTER |
| vs. | ) | |
| | ) | |
| JAMES LESLIE CORN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF MATTHEW C. WINTER

I, MATTHEW C. WINTER, declare as follows:

1. I am an attorney employed by the Office of the Federal Public Defender for the District of Hawaii as an Assistant Federal Defender.

2. I was assigned to work alongside Assistant Federal Public Defender Pamela Byrne, who was appointed pursuant to the Criminal Justice Act as counsel for James Leslie Corn, Jr., who is the defendant in the instant case.

3. On November 3, 2005, I began working on Mr. Corn's case. At that time, I provided research assistance for Ms. Byrne, specifically, researching issues pertaining to bail and possible defenses in the case. My work in this capacity ended on January 9, 2006.

4. On July 3, 2006, I was asked to assist Ms. Byrne in the preparation of Mr. Corn's case for jury trial. I first met

Mr. Corn on July 6, 2006, when I attended his pretrial conference.

5. During the month of July 2006, I worked on Mr. Corn's case on an almost daily basis in preparation for jury trial. During that month, I met with Mr. Corn in the presence of Ms. Bryne on at least three occasions.

6. On July 18, 2006, I met with Mr. Corn in the conference room of the Federal Public Defender Office to review the proposed plea agreement. We discussed the terms of that agreement as well as the applicable United States Sentencing Guidelines and possible sentences.

7. On July 19, 2006, I again met with Mr. Corn in the conference room of the Federal Public Defender Office to review the proposed plea agreement. On that date, Mr. Corn signed the plea agreement after again reviewing the terms with me. In addition, Mr. Corn and I again discussed the United States Sentencing Guidelines as well as possible sentencing ranges.

8. On June 19, 2006, after the meeting discussed above, I appeared in Court with Mr. Corn and he pleaded guilty pursuant to the written plea agreement.

9. June 19, 2006, was my last contact with Mr. Corn. I did not participate in Mr. Corn's preparation for sentencing. In addition, I did not again meet with Mr. Corn, file or review

any documents pertaining to his sentencing, or attend his sentencing hearing.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Dated: December 18, 2007, at Honolulu, Hawaii.

MATTHEW C. WINTER
Assistant Federal Defender

In the United States District Court,
for the District of Hawaii, <u>United States v. Corn</u>,
Cr. No. 05-00366 HG