**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by U.S. Mail, postage prepaid:

JAMES LESLIE CORN, JR.                    December 26, 2007
Register No. 92459-022
FDC Honolulu
Federal Detention Center
Inmate Mail/Parcels
P.O. Box 30080
Honolulu, HI 96820

Pro Se Defendant

DATED: December 26, 2007, at Honolulu, Hawaii.

_____