UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

James Leslie Corn, Jr. 92459-022
FDC HONOLULU
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 30080
HONOLULU, HI 96820

RECEIVED
CLERK U.S. DISTRICT COURT

FEB 06 2008
11:30 AM
DISTRICT OF HAWAII

CR 05-366 HG